1  **TIMOTHY J. RYAN, SBN 99542**
   **REBEKKA R. MARTORANO, SBN 173600**
2  **THE RYAN LAW GROUP**
   2379 Gateway Oaks Drive, Suite 100
3  Sacramento, California 95833
   Telephone:  (916) 924-1912
4  Facsimile:   (916) 923-3872
   tryan@ryanlg.com
5  rmartorano@ryanlg.com

6  Attorneys for Defendants
   Southwest Airlines Co., Kristina Lynn Klotz,
7  Jenna A. King, Cynthia L. Jenkins, Christina Green,
   Joseph Walker, and Christopher Krawec

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC and DOES 1 - 100,<br><br>Defendants.<br>_____ | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) AND 28 U.S.C. §1331 (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** |

TO PLAINTIFFS AND THEIR ATTORNEYS, AND TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendants Southwest Airlines Co., Kristina Lynn Klotz (f.k.a. Kristina Lynn Koester), Jenna A. King (f.k.a. Jenna A. Harrison), Cynthia L. Jenkins, Christina Green, Joseph Walker, and Christopher Krawec ("Defendants") hereby remove to this Court the state court action described below.

1
**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) AND 28 U.S.C. §1331 (FEDERAL QUESTION);
DEMAND FOR JURY TRIAL**

1. On April 20, 2015, an action was commenced in the Superior Court of the State of California in and for the County of Alameda, entitled <u>Kelly Ilczyszyn and Sydney Ilczyszyn (a minor), Logan Ilczyszyn, Hannah Ilczyszyn v. Southwest Airlines Co., et al.</u> as Case No. RG15766954. A copy of the summons and complaint is attached as **Exhibit A**.

2. According to the docket in the Alameda County Superior Court, the following documents have also been filed in connection with this action:

   - April 20, 2015 Civil Case Cover sheet
   - April 21, 2015 Notice of Assignment of Judge for All Purposes
   - April 21, 2015 Notice of Initial Case Management Conference on 9/4/15
   - April 27, 2015 Application re: Appointment of Guardian Ad Litem for Sydney Ilczyszyn
   - May 5, 2015 Order Granting Application re: Appointment of Guardian Ad Litem

   These documents are attached as **Exhibit B** hereto.

3. Service of the complaint and summons was effected by a Notice and Acknowledgment of Receipt on June 1, 2015.

4. The filing of this Notice of Removal is timely as it has been filed within thirty days after service of the complaint and summons was effected, as required under 28 U.S.C. section 1446(b).

5. Plaintiffs' claim is subject to removal pursuant to 28 U.S.C. sections 1331 and 1441(a) because Plaintiffs' claims arise under the laws of the United States.

6. Plaintiffs' claim implicates aviation safety and is preempted by the Federal Aviation Act of 1958, as amended, 49 U.S.C. section 40103, *et seq*. and/or by the Airline Deregulation Act of 1978, as amended, 49 U.S.C. section 41713(b).

7. Litigation of plaintiffs' claims implicates significant federal issues, because it will involve information designated as "Sensitive Security Information" by the Transportation Security Administration that is governed by 49 U.S.C. §114 and 49 C.F.R. Part 1520, the handling and disclosure of which is subject to the jurisdiction of the federal district and appellate

courts.

Dated: June 19, 2015                    THE RYAN LAW GROUP


                                        By:   /s/ Rebekka R. Martorano
                                            REBEKKA R. MARTORANO
                                            Attorneys for Defendants
                                            Southwest Airlines Co., Kristina Lynn Klotz,
                                            Jenna A. King, Cynthia L. Jenkins, Christina
                                            Green, Joseph Walker, and Christopher
                                            Krawec


### JURY DEMAND

Defendants Southwest Airlines Co., Kristina Lynn Klotz, Jenna A. King, Cynthia L. Jenkins, Christina Green, Joseph Walker, and Christopher Krawec hereby demand trial by jury in this action.


Dated: June 19, 2015                    THE RYAN LAW GROUP


                                        By:   /s/ Rebekka R. Martorano
                                            REBEKKA R. MARTORANO
                                            Attorneys for Defendants
                                            Southwest Airlines Co., Kristina Lynn Klotz,
                                            Jenna A. King, Cynthia L. Jenkins, Christina
                                            Green, Joseph Walker, and Christopher
                                            Krawec