# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015          Clerk, by  MARGARET J. DOWNIE       , Deputy
*(Fecha)*              Leah T. Wilson *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Southwest Airlines, Co.
   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015    Clerk, by  MARGARET J. DOWNIE   , Deputy
*(Fecha)*                Leah T. Wilson *(Secretario)*             *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant. Kristina Lynn Koester
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015           Clerk, by  MARGARET J. DOWNIE     , Deputy
*(Fecha)*                   Leah T. Wilson *(Secretario)*      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.  Jenna A. Harrison
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY
MAY - 5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

**CASE NUMBER:**
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY - 5 2015        Clerk, by MARGARET J. DOWNIE , Deputy
*(Fecha)*                 Leah T. Wilson *(Secretario)*        *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant. Cynthia L. Jenkins
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015        Clerk, by MARGARET J. DOWNIE, Deputy
*(Fecha)*                        Leah T. Wilson *(Secretario)*                *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant. Christina Green
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [ ] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case 3:15-cv-02768-EMC   Document 1-1   Filed 06/19/15   Page 7 of 17

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

**CASE NUMBER:**
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015           Clerk, by   MARGARET J. DOWNIE, Deputy
*(Fecha)*              Leah T. Wilson  *(Secretario)*                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.  Joe Walker
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY
MAY -5 2015
CLERK OF THE SUPERIOR COURT
By MARGARET J. DOWNIE
Deputy

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (*www.sucorte.ca.gov*), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (*www.lawhelpcalifornia.org*), en el Centro de Ayuda de las Cortes de California, (*www.sucorte.ca.gov*) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Rene C. Davidson
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER:
*(Número del Caso):*
RG15766954

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Andrew J. Spielberger, Esq. SBN 120231 Phone: (424) 832-7677 Fax: (424) 832-7702
Balaban & Spielberger, LLP
11999 San Vicente Blvd. Suite 345 Los Angeles, CA 90049

DATE: MAY -5 2015        Clerk, by  MARGARET J. DOWNIE        , Deputy
*(Fecha)*                Leah T. Wilson *(Secretario)*         *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.  Chris Krawec
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*
   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

*13456378*

1  GREENE BROILLET & WHEELER, LLP
   100 Wilshire Boulevard, Suite 2100
2  P.O. Box 2131
   Santa Monica, CA 90407-2131
3  Tel. (310) 576-1200
4  Fax (310) 576-1220
   Browne Greene, SBN 38441

6  BALABAN & SPIELBERGER, LLP
   11999 San Vicente Blvd. Suite 345
7  Los Angeles, CA 90049
   Tel: (424) 832-7677
8  Fax: (424) 832-7702
   Daniel K. Balaban, SBN 243652
9  Andrew J. Spielberger, SBN 120231
   Paymon A. Khatibi, SBN 282651

Attorneys for Plaintiffs

FILED
ALAMEDA COUNTY
(SPACE BELOW FOR FILING STAMP ONLY)
2015 APR 20 AM 11: 05
CLERK OF THE
BY _____
                DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR ALAMEDA COUNTY

KELLY ILCZYSZYN & SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN, HANNAH ILCZYSZYN

Plaintiffs,

vs.

SOUTHWEST AIRLINES CO., KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC AND DOES 1-100

Defendants

CASE NO. **RG15766954**

COMPLAINT FOR:
   (1) WRONGFUL DEATH

(DEMAND FOR JURY TRIAL)

BY FAX

- 1 -
COMPLAINT

COME NOW Plaintiffs, KELLY ILCZYSZYN and SYDNEY ILCZYSZYN (a minor), LOGAN ILCZYSZYN and HANNAH ILCZYSZYN as heirs of the deceased, RICHARD ILCZYSZYN, and for causes of action against defendants, and each of them, allege as follows:

### FIRST CAUSE OF ACTION FOR WRONGFUL DEATH

(By Plaintiffs KELLY ILCZYSZYN and SYDNEY ILCZYSZYN (a minor) and LOGAN ILCZYSZYN and HANNAH ILCZYSZYN as heirs of deceased, RICHARD ILCZYSZYN For WRONGFUL DEATH Against SOUTHWEST AIRLINES, KRISTINA LYNN KOESTER, JENNA A. HARRISON, CYNTHIA L. JENKINS, CHRISTINA GREEN, JOE WALKER, CHRIS KRAWEC and AND DOES 1-100)

1. The true names and capacities, whether corporate, associate, individual or otherwise, of defendants DOES 1 through 100, inclusive, are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Each of the defendants designated herein as a DOE is negligently or otherwise legally responsible in some manner for the events and happenings herein referred to and caused injuries and damages proximately thereby to the plaintiff, as herein alleged. Plaintiff will ask leave of court to amend this complaint to show their true names and capacities when the same have been ascertained.

2. At all times herein mentioned, defendants, and each of them, and DOES 1-100 might have been the agents, servants, employees, permissive users, joint venturers, successors in interest, assigns and subsidiaries, each of the other, and at all times pertinent hereto might have been acting within the course and scope of their authority as such agents, servants, employees, permissive users, joint venturers, successors in interest, assigns and subsidiaries, or were independent contractors hired by each of the remaining defendants to perform work which was likely to involve a special risk of harm to others which such defendants knew or should have known that the work was likely to involve this risk.

3. At all times herein mentioned, defendant SOUTHWEST AIRLINES CO. was and is a corporate entity with its principal place of business in Dallas, Texas.

4. At all times herein mentioned, defendant JOE WALKER was and is an individual

- 2 -
COMPLAINT

residing in Alameda County in the State of California.

5. At all times herein mentioned, defendant CHRIS KRAWEC was and is an individual residing in Alameda County in the State of California.

6. At all times herein mentioned, defendant KRISTINA LYNN KOESTER was and is an individual residing in Alameda County in the State of California.

7. At all times herein mentioned, defendant CRISTINA GREEN was and is an individual residing in Alameda County in the State of California.

8. At all times herein mentioned, defendant JENNA A. HARRISON was and is an individual residing in Los Angeles County the State of California.

9. At all times herein mentioned, defendant CYNTHIA L. JENKINS was and is an individual residing in an unknown State in the United States of America.

10. At all times herein mentioned, plaintiff KELLY ILCZYSZYN, a California resident, was and is the wife and an heir to her late husband, RICHARD ILCZYSZYN.

11. At all times herein mentioned, plaintiff SYDNEY ILCZYSZYN, a California resident, was and is a minor under the age of 18 and is an heir as a daughter to her late father, RICHARD ILCZYSZYN.

12. At all times herein mentioned, plaintiff, LOGAN ILCZYSZYN exceeded the age of 18 and was and is a son and heir of RICHARD ILCZYSZYN and is an individual residing in North Carolina in the United States of America.

13. At all times herein mentioned, plaintiff, HANNAH ILCZYSZYN exceeded the age of 18 and was and is a daughter and heir of RICHARD ILCZYSZYN and is an individual residing in California in the United States of America.

14. On or about June 29, 2014, RICHARD ILCZYSZYN was treated for a ruptured Achilles tendon. On July 2, 2014, RICHARD ILCZYSZYN had surgery to repair his ruptured Achilles tendon.

15. On September 19, 2014, RICHARD ILCZYSZYN flew on Southwest Airlines Flight from Midway Airport in Chicago, Illinois to Oakland International Airport in Oakland, California.

After changing planes in Oakland, RICHARD ILCZYSZYN boarded Southwest Airlines Flight #4640 bound for John Wayne Airport in Orange County, California.

16. While on the Southwest Airline Flight #4640 from Oakland to Orange County on September 19, 2014, approximately 10 minutes before landing, RICHARD ILCZYSZYN went, in apparent distress, to the bathroom in the plane. As the plane was soon to land, KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN AND DOES 1-100 heard groaning noises from a passenger who was in the bathroom and not coming out. Thereafter, KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN AND DOES 1-100 heard RICHARD ILCZYSZYN crying out in pain while in the bathroom. Upon information and belief, KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN AND DOES 1-100 then opened the bathroom door and confirmed that an adult male was in distress while crying and moaning in the bathroom and quickly closed the bathroom door. KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or JOE WALKER and/or CHRIS KRAWEC AND DOES 1-100 and other members of the Southwest Airlines crew on this Flight #4640 treated this incident as involving an improper disruption by a passenger. Thereafter, subsequent to KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or JOE WALKER and/or CHRIS KRAWEC AND DOES 1-100 identifying that RICHARD ILCZYSZYN was in the bathroom in some form of distress, RICHARD ILCZYSZYN became silent while in the bathroom. No sounds came from the bathroom after KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN AND DOES 1-100 closed the bathroom door. As the plane was soon to land, KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN AND DOES 1-100 informed Captain JOE WALKER and First Officer CHRIS KRAWEC that a passenger was in the bathroom and not coming out. Despite their knowledge that a passenger was in a bathroom (with a history of pain and distress on the flight), Captain JOE WALKER and/or First Officer CHRIS

1 KRAWEC continued with landing Flight #4640 at John Wayne International Airport in Orange
2 County, California.

3      17. After landing the plane, KRISTINA LYNN KOESTER and/or JENNA A. HARRISON
4 and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or
5 First Officer CHRIS KRAWEC and DOES 1-100 and other members of the Southwest Airlines crew
6 on this Flight #4640 had members of the Orange County Sheriff's Dept. (not paramedics) board the
7 plane. After KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L.
8 JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS
9 KRAWEC AND DOES 1-100 and other members of the Southwest Airlines flight crew on Flight
10 #4640 falsely informed the members of the Orange County Sheriff's Dept. boarding the plane that a
11 passenger had barricaded himself in the bathroom and based on that information alone, the Orange
12 County Sheriff's Dept. personnel made the decision to de-board all the passengers and crew from the
13 plane before opening the bathroom door in which RICHARD ILCZYSZYN had last been seen—a
14 process that took approximately 30 minutes to complete. Upon opening the bathroom door, RICHARD
15 ILCZYSZYN fell out upon the floor of the plane and Orange County Sheriff's Dept. personnel
16 observed that RICHARD ILCZYSZYN was unconscious. RICHARD ILCZYSZYN was then taken by
17 ambulance to Hoag Memorial Hospital. Prior to arriving at Hoag Memorial Hospital, paramedics were
18 able to clear a passageway for RICHARD ILCZYSZYN to breath.

19      18. At Hoag Memorial Hospital on the evening of September 19, 2014, doctors determined
20 that RICHARD ILCZYSZYN had been deprived of oxygen to his brain for approximately 33 minutes
22 while on the Southwest Airline plane. RICHARD ILCZYSZYN was placed on "life support" at Hoag
23 Memorial Hospital on the evening of September 19, 2014. On September 20, 2014, "life support" was
24 removed and RICHARD ILCZYSZYN died at approximately 5:03 pm on 9/20/2014. An autopsy was
25 performed on RICHARD ILCZYSZYN wherein it was determined that RICHARD ILCZYSZYN
26 suffered from a bilateral pulmonary artery thromboembolism which lead to oxygen being deprived
27 from his brain which subsequently lead to his death.
28      19. As a result of the wrongful death of RICHARD ILCZYSZYN which was caused by the

aforementioned acts of KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS KRAWEC AND DOES 1-100 and members of SOUTHWEST AIRLINES CO., plaintiff KELLY ILCZYSZYN suffered severe emotional distress and financial damages including but not limited to loss of financial support, the loss of gifts or benefits from her husband, funeral and burial expenses, the loss of the reasonable value of household services from her husband, the loss of love, loss of companionship, loss of comfort, loss of assistance, loss of protection, loss of affection, loss of society and loss of moral support from her loving husband all in an amount in excess of the jurisdictional limits of this court.

20. As a result of the wrongful death of RICHARD ILCZYSZYN which was caused by the aforementioned acts of KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS KRAWEC AND DOES 1-100 and members of SOUTHWEST AIRLINES CO., plaintiff SYDNEY ILCZYSZYN suffered severe emotional distress and financial damages including but not limited to loss of financial support, the loss of gifts or benefits from their father, funeral and burial expenses, the loss of the reasonable value of household services from their father, the loss of love, loss of companionship, loss of comfort, loss of assistance, loss of protection, loss of affection, loss of society and loss of moral support from their loving father all in an amount in excess of the jurisdictional limits of this court.

21. As a result of the wrongful death of RICHARD ILCZYSZYN which was caused by the aforementioned acts of KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS KRAWEC AND DOES 1-100 and members of SOUTHWEST AIRLINES CO., plaintiff LOGAN ILCZYSZYN suffered severe emotional distress and financial damages including but not limited to loss of financial support, the loss of gifts or benefits from her husband, funeral and burial expenses, the loss of the reasonable value of household services from her husband, the loss of love, loss of companionship, loss of comfort, loss of assistance, loss of protection, loss of affection,

1 | loss of society and loss of moral support from her loving husband all in an amount in excess of the jurisdictional limits of this court.

22. As a result of the wrongful death of RICHARD ILCZYSZYN which was caused by the aforementioned acts of KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS KRAWEC AND DOES 1-100 and members of SOUTHWEST AIRLINES CO., plaintiff HANNAH ILCZYSZYN suffered severe emotional distress and financial damages including but not limited to loss of financial support, the loss of gifts or benefits from her husband, funeral and burial expenses, the loss of the reasonable value of household services from her husband, the loss of love, loss of companionship, loss of comfort, loss of assistance, loss of protection, loss of affection, loss of society and loss of moral support from her loving husband all in an amount in excess of the jurisdictional limits of this court.

23. The aforementioned acts of KRISTINA LYNN KOESTER and/or JENNA A. HARRISON and/or CYNTHIA L. JENKINS and/or CHRISTINA GREEN and/or Captain JOE WALKER and/or First Officer CHRIS KRAWEC AND DOES 1-100 and members of SOUTHWEST AIRLINES, CO. were done with malice, oppression and/or fraud such that exemplary damages are justified pursuant to Civil Code Section 3294.

24. Plaintiffs, and each of them, have been generally damaged in an amount exceeding the minimal jurisdictional limits of this court.

///
///
///
///
///
///
///
///
///

- 7 -
COMPLAINT

///

**PRAYER**

WHEREFORE, Plaintiffs KELLY ILCZYSZYN, SYDNEY ILCZYSZYN, LOGAN ILCZYSZYN and HANNAH ILCZYSZYN pray judgment against defendants, and each of them, on the First Cause of Action For Wrongful Death as follows:

1. For general damages in an amount within the jurisdictional limits of this court;
2. For economic damages, according to proof;
3. For exemplary damages, according to proof;
4. For costs of suit incurred herein;
5. For prejudgment interest according to proof; and
6. For such other and further relief as the Court may deem just and proper.

DATED: April 16, 2015

GREENE, BROILLET & WHEELER, LLP
BALABAN & SPIELBERGER, LLP

Browne Greene, Esq.
Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Paymon A. Khatibi, Esq.
Attorneys for Plaintiffs

- 8 -
COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand for a jury trial.

DATED: April 16, 2015

GREENE, BROILLET & WHEELER, LLP
BALABAN & SPIELBERGER, LLP

_____
Browne Greene, Esq.
Daniel K. Balaban, Esq.
Andrew J. Spielberger, Esq.
Paymon A. Khatibi, Esq.
Attorneys for Plaintiffs