UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ILCZYSZYN, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> SOUTHWEST AIRLINES CO., *et al.*, <br><br>    Defendants. | No. C-15-2768 EMC <br><br> **ORDER DEFERRING DEFENDANTS' MOTION TO DISMISS** <br><br> **(Docket No. 13)** |

Plaintiffs initiated this lawsuit in state court, but Defendants removed on the basis of complete preemption and a substantial federal question pursuant to *Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing*, 545 U.S. 308 (2005). Defendants thereafter filed a motion to dismiss Plaintiffs' complaint, which is currently set for hearing on August 6, 2015. On the day that briefing on the motion to dismiss was completed, Plaintiffs filed a motion to remand, contesting the removal by Defendants. *See* Docket No. 23 (motion to remand). In light of that motion, the Court hereby **DEFERS** ruling on the motion to dismiss until after the motion to remand is resolved. The hearing on the motion to dismiss is hereby **VACATED**.

IT IS SO ORDERED.

Dated: July 21, 2015

_____
EDWARD M. CHEN
United States District Judge